1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TROUTMAN SANDERS LLP
875 THIRD AVENUE
NEW YORK, NY 10022

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN KOLES,

          Plaintiff,

   v.

YAPSTONE, INC., a Delaware
corporation,

          Defendant.

Case No.  4:15-CV-04429-JSW

Hon. Jeffery S. White

[~~PROPOSED~~] ORDER GRANTING
SECOND EXTENSION OF TIME FOR
DEFENDANT TO RESPOND TO
COMPLAINT

On November 18, 2015, the Parties filed a Stipulated Request for Order Granting Second
Extension of Time for Defendant to Respond to Complaint.  Good cause appearing, the Court
hereby GRANTS the Parties' stipulated request.  Accordingly, the Court (1) RESCHEDULES the
Case Management Conference to **January 15, 2016** and the related deadline for filing the Joint
Management Conference Statement to **January 8, 2016** and (2) EXTENDS the time for
Defendant to respond to Plaintiff's Complaint up to and including **January 18, 2016** [or
VACATES the response deadline to be set at the Case Management Conference].

     **IT IS SO ORDERED.**

Dated: _November 20, 2015_

                            _____
HON. JEFFREY S. WHITE

- 1 -

~~PROPOSED~~ ORDER