UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN KOLES,<br><br>             Plaintiff,<br><br>     v.<br><br>YAPSTONE, INC., a Delaware corporation,<br><br>             Defendant. | Case No.  4:15-cv-04429-JSW<br><br>Hon. Jeffery S. White<br><br>**[PROPOSED]** **ORDER GRANTING STIPULATION TO SHORTEN BRIEFING SCHEDULE AND ADVANCE HEARING OF PLAINTIFFS' MOTION TO CONSOLIDATE AND APPOINT CLASS LEADERSHIP**   AS MODIFIED |
| CHRISTOPHER BONNEMA,<br><br>             Plaintiff,<br><br>     v.<br><br>YAPSTONE, INC. d/b/a VACATIONRENTPAYMENT,<br><br>             Defendant. | Case No.  4:15-cv-05023-JSW |

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION TO SHORTEN BRIEFING AND HEARING OF MOTION TO CONSOLIDATE AND APPOINT CLASS LEADERSHIP; 4:15-CV-04429-JSW AND 4:15-CV-05023-JSW

# [~~PROPOSED~~] ORDER

Good cause being shown in the parties' stipulated request to shorten the briefing schedule and advance the hearing of Plaintiffs' joint motion to consolidate and appoint class leadership (the "Motion"), the Court hereby sets the following schedule:

(1) Any responses to the Motion shall be filed no later than **January 6, 2016**;

(2) Any reply shall be filed no later than **January 8, 2016**; and

(3) the Motion shall be heard on the same date as the Case Management Conference on **January ~~15~~ 22, 2016 at 9:00 a.m.**

SO ORDERED.

Dated:  January 4, 2016

/s/ Jeffrey S. White
Hon. Jeffrey S. White
United States District Judge

- 2 -
[PROPOSED] ORDER GRANTING STIPULATION TO SHORTEN BRIEFING AND HEARING OF MOTION TO CONSOLIDATE AND APPOINT CLASS LEADERSHIP; 4:15-CV-04429-JSW AND 4:15-CV-05023-JSW