UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN KOLES,<br><br>         Plaintiff,<br><br>    v.<br><br>YAPSTONE, INC., a Delaware corporation,<br><br>         Defendant. | Case No.  4:15-cv-04429-JSW<br><br>Hon. Jeffery S. White<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE AND APPOINT INTERIM LEAD CLASS COUNSEL AND PLAINTIFFS' EXECUTIVE COMMITTEE** |
| CHRISTOPHER BONNEMA,<br><br>         Plaintiff,<br><br>    v.<br><br>YAPSTONE, INC. d/b/a VACATIONRENTPAYMENT,<br><br>         Defendant. | Case No.  4:15-cv-05023-JSW |

- 1 -

[~~PROPOSED~~] ORDER GRANTING CONSOLIDATION AND PLAINTIFFS' LEAD COUNSEL
4:15-CV-04429-JSW AND 4:15-CV-05023-JSW

# [~~PROPOSED~~] ORDER

Good cause being shown, the Court hereby GRANTS Plaintiffs' motion to consolidate and appoint class leadership and orders as follows:

(1) For all purposes, the following two related class actions currently pending before this Court (the "Actions") are hereby consolidated:

    (a) *Koles v. YapStone, Inc.*, Case No. 4:15-cv-04429-JSW (filed September 25, 2015); and

    (b) *Bonnema v. YapStone, Inc.*, Case No. 4:15-cv-05023-JSW (filed November 2, 2015).

(2) Ahdoot & Wolfson, PC ("AW") is hereby appointed as interim lead class counsel pursuant to Federal Rule of Civil Procedure 23(g)(3);

(3) AW, Locks Law Firm, LLC, and Levi & Korsinsky, LLP are hereby appointed to Plaintiffs' Executive Committee; and

(4) Interim lead class counsel shall file a master consolidated, but not substantively amended, complaint, captioned *In Re YapStone Data Breach*, Case No. 4:15-cv-04429-JSW, which will serve as the operative complaint for the consolidated action.

SO ORDERED. The case management conference shall remain as scheduled on February 12, 2016 at 11:00 a.m.

Dated: February 8, 2016

                                                   *Jeffrey S. White*
Hon. Jeffrey S. White
United States District Judge