UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Yapstone Data Breach | Case No. 4:15-CV-04429-JSW <br><br> Hon. Jeffrey S. White <br><br> **[PROPOSED] ORDER GRANTING SEVEN-DAY EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO CONSOLIDATED COMPLAINT** |

On April 7, 2016, the Parties filed a Stipulated Request for Order Granting Seven-Day Extension of Time for Defendant to Respond to Consolidated Complaint. Good cause appearing, the Court hereby GRANTS the Parties' stipulated request. Accordingly, the Court extends the deadline for Defendant to respond to Plaintiff's Complaint up to and including **April 15, 2016**.

**IT IS SO ORDERED.**

Dated: __April 11, 2016__          _____*Jeffrey S. White*_____

                                                           HON. JEFFREY S. WHITE