RONALD I. RAETHER, JR., Bar No. 303118
ronald.raether@troutmansanders.com
JESSICA R. LOHR, Bar No. 302348
jessica.lohr@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone:    949.622.2700
Facsimile:    949.622.2739

HSIAO (MARK) C. MAO, Bar No. 236165
mark.mao@troutmansanders.com
TROUTMAN SANDERS LLP
580 California Street, 11th Floor
San Francisco, CA 94104
Telephone:    415.477.5700
Facsimile:    415.477.5710

Counsel for Defendant,
YAPSTONE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Yapstone Data Breach | Case No. 4:15-CV-04429-JSW<br><br>Hon. Jeffrey S. White<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND TIME AND FOR SCHEDULING ORDER |

Upon consideration of the Parties' Stipulation to Extend Time and for Scheduling Order, and for good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. Plaintiffs time to respond to Defendant's Motion to Dismiss is extended from April 22, 2016 to May 24, 2016; and

2. The Court shall issue a further Scheduling Order if mediation is unsuccessful, on or after May 31, 2016. upon submission of notice by the parties of the status of this matter.

**IT IS SO ORDERED.**

Dated: April 25, 2016

_____
HON. JEFFREY S. WHITE

28270821

- 1 -

[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND TIME AND FOR SCHEDULING ORDER
4:15-CV-04429-JSW