1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* YapStone Data Breach | Case No.  3:15-cv-04429-JSW<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT<br><br>Hon. Jeffrey S. White |

1  Upon consideration of the Parties' Stipulation to Extend Time for Plaintiffs' to File First
2  Amended Consolidated Class Action Complaint, and good cause appearing therefore, IT IS HEREBY
3  ORDERED THAT:
4  Plaintiffs' time to respond to Defendant's Motion to Dismiss is extended from May 24, 2016 to
5  June 7, 2016.  The hearing set on June 10, 2016 is VACATED and may be reset by further order, if necessary.
6  **IT IS SO ORDERED.**

8  Dated:   May 25, 2016                                   _____
                                                           HON. JEFFREY S. WHITE