1
2
3
4
5
6
7           UNITED STATES DISTRICT COURT
8          NORTHERN DISTRICT OF CALIFORNIA
9
10 | Case No. 4:15-CV-04429-JSW
11 | Hon. Jeffrey S. White
    *In re* Yapstone Data Breach
12 | **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE**
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -
[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME AND BRIEFING SCHEDULE
4:15-CV-04429-JSW

Upon consideration of the Parties' Stipulation to Extend Briefing Schedule on Motion to Dismiss (Docket No. 53) and Motion to Strike (Docket No. 54) (collectively, the "Motions"), and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

a. Plaintiffs' responses to the Motions will be filed and served on July 18, 2016.

b. Defendant's replies to Plaintiffs' responses in support of the Motions will be filed and served on August 4, 2016.

The Motions shall be heard on ~~the originally noticed date and time of~~ August ~~19~~ 26, 2016, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: July 6, 2016

*/s/ Jeffrey S. White*
HON. JEFFREY S. WHITE
