**TROUTMAN SANDERS LLP**
MARK C. MAO (SBN 236165)
SHEILA M. PHAM (SBN 293673)
580 California Street, Suite 1100
San Francisco, California 94104
Telephone:    (415) 447-5700
Facsimile:    (415) 447-5710
E-Mail: mark.mao@troutmansanders.com
           sheila.pham@troutmansanders.com

RONALD I. RAETHER, JR. (SBN 303118)
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone:    (949) 622-2700
Facsimile:    (949) 622-2739
E-Mail: ronald.raether@troutmansanders.com

Counsel for Defendant,
YAPSTONE, INC.

**AHDOOT & WOLFSON, PC**
Tina Wolfson, SBN 174806
*twolfson@ahdootwolfson.com*
Robert Ahdoot, SBN 172098
*rahdoot@ahdootwolfson.com*
Theodore W. Maya, SBN 223242
*tmaya@ahdootwolfson.com*
Bradley K. King, SBN 274399
*bking@ahdootwolfson.com*
1016 Palm Avenue
West Hollywood, California 90069
Tel: (310) 474-9111; Fax: (310) 474-8585

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Yapstone Data Breach | Case No. 4:15-CV-04429-JSW<br><br>Hon. Jeffrey S. White<br><br>**NOTICE OF SETTLEMENT AND STIPULATION FOR ORDER CONTINUING DEADLINES IN LIGHT OF PROPOSED SETTLEMENT** |

IT IS HEREBY STIPULATED by and between PLAINTIFFS JONATHAN KOLES, CHRISTOPHER BONNEMA, DANIEL ADAMS, JAMES MITCHELL, and ROBERT MCGUIRE (collectively, "Plaintiffs") and DEFENDANT YAPSTONE, INC. ("Defendant"), collectively referred to as the "Parties," by and through their attorneys of record, that good cause exists for the Court to enter an Order lifting all deadlines in this matter pending settlement, and setting a deadline for Plaintiffs to file its motion for preliminary approval of the proposed settlement:

WHEREAS, Plaintiffs filed their Master Consolidated Class Action Complaint ("Complaint") in Case No.: 4:15-cv-04429 against Defendant on March 8, 2016;

WHEREAS, on April 8, 2016, Defendant filed a Motion to Dismiss Plaintiffs' Complaint;

WHEREAS, Plaintiffs filed a First Amended Consolidated Class Action Complaint ("FACC") in Case No.: 4:15-cv-04429 against Defendant on June 7, 2016 in response to Defendant's Motion to Dismiss;

WHEREAS, Defendant filed its Motion to Dismiss (Docket No. 53) and its Motion to Strike (Docket No. 54) (collectively, the "Motions") on June 24, 2016, with a noticed hearing date of August 19, 2016, at 9:00 a.m., in response to Plaintiffs' FACC;

WHEREAS, the Parties stipulated to extend Plaintiffs' time to respond to Defendant's Motions and set a briefing schedule for the Motions ("Stipulation on Briefing Schedule" at Docket No. 55);

WHEREAS, the Court granted the Parties' Stipulation on Briefing Schedule ("Order on Briefing Schedule," Docket No. 56), ordering Plaintiff's responses to the Motions to be due on July 18, 2016, Defendant's replies in support of its Motions to be due on August 4, 2016, and resetting the hearing on the Motions for August 26, 2016 at 9:00 a.m.;

WHEREAS, the Parties participated in a mediation session on May 17, 2016;

WHEREAS, with the continuing assistance of the mediator, the Parties continued to discuss settlement and exchanged settlement proposals;

1  WHEREAS, on July 15, 2016, the Parties reached an agreement in principle to settle all of the claims of Plaintiffs and of the putative class against Defendant, subject to final documentation, which will be submitted for the Court's approval in accordance with Fed. R. Civ. Pro. 23(e);

WHEREAS, to allow the Parties sufficient time to complete settlement documentation, the Parties respectfully request the Court to lift all outstanding deadlines in this Action, including those set by the Order on Briefing Schedule (Docket No. 56), pending Plaintiffs' motion for preliminary approval of the proposed settlement;

WHEREAS, the Parties request the Court to Order Plaintiffs to file its motion for preliminary approval of the proposed settlement by August 29, 2016; and

WHEREAS, the Parties agree to request that the Court set new deadlines regarding the issues set forth in the Order on Briefing Schedule if the Parties are unable to reach final documentation of the settlement by August 29, 2016.

WHEREAS, the Parties hereby stipulate and request that the Court order that:

    a. All pending deadlines set forth in the Court's Order on Briefing Schedule (Docket No. 56) are lifted pending Plaintiffs' motion for preliminary approval of the proposed settlement.

    b. Plaintiffs' motion for preliminary approval of the proposed settlement shall be filed no later than August 29, 2016.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated: July 15, 2016 | TROUTMAN SANDERS LLP |
| | |
| | By: */s/ Mark C. Mao* |
| |     Ronald I. Raether, Jr. |
| |     Mark C. Mao |
| |     Sheila M. Pham |
| |     Attorneys for Defendant |
| |     YAPSTONE, INC. |
| | |
| Dated: July 15, 2016 | AHDOOT & WOLFSON, PC |
| | |
| | By: */s/ Tina Wolfson* |
| |     Tina Wolfson |
| |     Robert Ahdoot |
| |     Theodore W. Maya |
| |     Bradley K. King |
| |     Attorneys for Plaintiffs JONATHAN |
| |     KOLES, CHRISTOPHER BONNEMA, |
| |     DANIEL ADAMS, JAMES MITCHELL, |
| |     and JAMES MCGUIRE |

## ATTESTATION OF FILER

Pursuant to L.R. 5-1(i)(3), the undersigned hereby attests that all parties have concurred in the filing of this stipulation.

                                        /s/ *Mark C. Mao*
                                            Mark C. Mao