UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Yapstone Data Breach | Case No. 4:15-CV-04429-JSW<br><br>Hon. Jeffrey S. White<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO LIFT DEADLINES IN LIGHT OF PROPOSED SETTLEMENT |

Upon consideration of the Parties' Stipulation for an Order Lifting Deadlines in Light of Proposed Settlement, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

a. All pending deadlines set forth in the Court's Order Granting the Parties' Stipulation to Extend Briefing Schedule at Docket No. 56 are lifted pending Plaintiffs' motion for preliminary approval of the proposed settlement.

b. Plaintiffs' motion for preliminary approval of the proposed settlement shall be filed no later than August 29, 2016.

**IT IS SO ORDERED.**

Dated: July 18, 2016

_____
HON. JEFFREY S. WHITE

28788740

- 1 -

[~~PROPOSED~~] ORDER GRANTING STIPULATION TO LIFT DEADLINES IN LIGHT OF PROPOSED SETTLEMENT
4:15-CV-04429-JSW