UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Yapstone Data Breach | Case No. 4:15-CV-04429-JSW <br><br> Hon. Jeffrey S. White <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND PLAINTIFFS' TIME TO FILE THEIR MOTION FOR PRELIMINARY APPROVAL** |

Upon consideration of the Parties' Stipulation to Extend Plaintiffs' Time to File Their Motion for Preliminary Approval, and good cause appearing therefore, IT IS HEREBY ORDERED THAT Plaintiffs shall file their motion for preliminary approval of the proposed settlement on or before September 30, 2016.

**IT IS SO ORDERED.**

Dated: August 25, 2016

_____
HON. JEFFREY S. WHITE

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND PLAINTIFFS' TIME TO FILE THEIR MOTION FOR PRELIMINARY APPROVAL; 4:15-CV-04429-JSW