1
2
3
4
5
6
7               UNITED STATES DISTRICT COURT
8               NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10 | Case No.  4:15-CV-04429-JSW |
| 11 *In re* Yapstone Data Breach | Hon. Jeffrey S. White |
| 12 | [~~PROPOSED~~] **ORDER GRANTING STIPULATION CONTINUING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT** |

16
17    Upon consideration of the Parties' Stipulation for an Order Continuing Plaintiffs'
18 Deadline to file a Motion for Preliminary Approval of the Proposed Settlement, and good cause
19 appearing therefore, IT IS HEREBY ORDERED THAT:
20    Plaintiffs' Motion for Preliminary Approval of the Proposed Settlement shall be filed no
21 later than November 14, 2016.
22
23 **IT IS SO ORDERED.**
24
25 Dated: September 30, 2016                    _____
26                                                                                    HON. JEFFREY S. WHITE
27
28

- 1 -
[~~PROPOSED~~] ORDER GRANTING STIPULATION CONTINUING DEADLINE TO FILE MOTION FOR
PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT
4:15-CV-04429-JSW