UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Yapstone Data Breach | Case No. 4:15-CV-04429-JSW <br><br> Hon. Jeffrey S. White <br><br> [~~PROPOSED~~] **ORDER GRANTING STIPULATION CONTINUING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT** |

Upon consideration of the Parties' Stipulation for an Order Continuing Plaintiffs' Deadline to file a Motion for Preliminary Approval of the Proposed Settlement, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

Plaintiffs' Motion for Preliminary Approval of the Proposed Settlement shall be filed no later than January 13, 2017.

**IT IS SO ORDERED.**

Dated: December 22, 2016

_____
HON. JEFFREY S. WHITE

- 1 -
[~~PROPOSED~~] ORDER GRANTING STIPULATION CONTINUING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT