**AHDOOT & WOLFSON, PC**
Tina Wolfson, SBN 174806
*twolfson@ahdootwolfson.com*
Robert Ahdoot, SBN 172098
*rahdoot@ahdootwolfson.com*
Theodore W. Maya, SBN 223242
*tmaya@ahdootwolfson.com*
Bradley K. King, SBN 274399
*bking@ahdootwolfson.com*
1016 Palm Avenue
West Hollywood, California 90069
Tel: (310) 474-9111; Fax: (310) 474-8585

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Yapstone Data Breach | Case No. 4:15-CV-04429-JSW <br><br> Hon. Jeffrey S. White <br><br> **PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITATION FOR MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** <br><br> [N.D. CAL. L.R. 7-11] |

Plaintiffs Jonathan Koles, Christopher Bonnema, Daniel Adams, James Mitchel and Robert McGuire, through their counsel, respectfully request this Court for leave to file a memorandum of law in support of their Motion for Preliminary Approval of Class Action Settlement that exceeds this Court's fifteen-page limit. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs will file their Motion for Preliminary Approval of Class Action settlement, pursuant to this Court's Order at Docket Number 68, on January 13, 2017.

2. Given the complexity of the legal and factual issues involved in the class certification analysis, the fifteen-page limitation set forth in this Court's civil standing order would inhibit Plaintiffs' ability to thoroughly and adequately explain the merits of the proposed Settlement to the Court.

3. Pursuant to Northern District Local Rule 7-11(a), counsel for Plaintiffs and counsel for Defendant have conferred and agree that due to the number and complexity of issues raised in Plaintiffs' Motion for Class Certification, it will be necessary for Plaintiffs to exceed the fifteen-page limitation. *See* Stipulation to Exceed Page Limitation for Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, filed concurrently herewith.

Accordingly, Plaintiffs respectfully request that the Court grant their motion to enlarge the page limitation and allow them twenty (20) pages in which to present their Motion for Preliminary Approval of Class Action Settlement.

DATED: January 11, 2017                    Respectfully submitted,

                                           AHDOOT & WOLFSON, PC

                                           By: /s/ *Tina Wolfson*
                                           Tina Wolfson
                                           Robert Ahdoot
                                           Theodore Maya
                                           Bradley King

                                           Attorneys for Plaintiffs JONATHAN KOLES, CHRISTOPHER BONNEMA, DANIEL ADAMS, JAMES MITCHELL, and JAMES MCGUIRE

PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION