UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Yapstone Data Breach | Case No. 4:15-CV-04429-JSW<br><br>Hon. Jeffrey S. White<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION CONTINUING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT** |

Upon consideration of the Parties' Stipulation for an Order Continuing Plaintiffs' Deadline to file a Motion for Preliminary Approval of the Proposed Settlement, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

Plaintiffs' Motion for Preliminary Approval of the Proposed Settlement shall be filed no later than January 20, 2017.

**IT IS SO ORDERED.**

Dated: January 19, 2017  _____
HON. JEFFREY S. WHITE

- 1 -
[~~PROPOSED~~] ORDER GRANTING STIPULATION CONTINUING DEADLINE TO FILE MOTION FOR
PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT
4:15-CV-04429-JSW