**AHDOOT & WOLFSON, PC**
Tina Wolfson, SBN 174806
*twolfson@ahdootwolfson.com*
Robert Ahdoot, SBN 172098
*rahdoot@ahdootwolfson.com*
Theodore W. Maya, SBN 223242
*tmaya@ahdootwolfson.com*
Bradley K. King, SBN 274399
*bking@ahdootwolfson.com*
1016 Palm Avenue
West Hollywood, California 90069
Tel: (310) 474-9111; Fax: (310) 474-8585

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *In re* Yapstone Data Breach | Case No.  4:15-CV-04429-JSW |
|  | Hon. Jeffrey S. White |
|  | **DECLARATION OF ROBERT SICILIANO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

1

## DECLARATION OF ROBERT SICILIANO

I, Robert Siciliano, declare pursuant to 28 U.S.C. § 1746 as follows:

1.       I have been retained by Ahdoot & Wolfson, PC as an expert witness to provide a reasonable estimated retail market value for credit monitoring and identity theft protection provided to claimants under the proposed settlement of the above-captioned action.  I respectfully submit this declaration in support of Plaintiffs' motion for preliminary approval of the proposed settlement.  The facts herein stated are true of my own personal knowledge and if called to testify to such facts, I could and would do so competently.

2.       I am the principal of IDTheftSecurity.com Inc.  My firm is in the business of consulting on matters of fraud prevention and personal security.  I am a Certified Identity Theft Risk Management Specialist (CITRMS®), certified by the Institute of Consumer Finance Education (ICFE) in San Diego, California.  I have almost thirty years of experience in consulting on matters of cybercrime and identity theft, and I am one of the nation's most well-respected and trusted experts on the subject as a consultant, speaker, media pundit, and expert.

3.       I have worked with such companies as ExxonMobil, Intel, McAfee, MasterCard, Morgan Stanley, Merrill Lynch, KPMG, MIT, Transamerica and UPS, and almost every major media outlet has turned to me for information on identity theft, internet safety, crime prevention and security, including respected media channels including The New York Times, The Wall Street Journal, TIME, USA Today, Anderson Cooper 360, Nightline and ABC World News Tonight.  I have written four books on the subjects of security and cybercrime, including the best-selling book *99 Things You Wish You Knew Before…Your Identity Was Stolen* (Updated Ed., 2014).

4.       Under the instant settlement, Defendant Yapstone Holdings, Inc. ("Yapstone") is offering claimants an additional one year of Experian's ProtectMyID® membership.  After the alleged breach occurred in or around September 2015, YapStone previously offered consumers two years of the same membership.

5.       The ProtectMyID® membership offered to claimants under this settlement

2

includes four components:

      a.     Free copy of the claimant's Experian credit report;

      b.     Surveillance alerts for daily bureau credit monitoring: alerts of key changes and suspicious activity found on the claimant's Experian credit report;

      c.     Identity theft resolution and ProtectMyID® ExtendCARE™: toll-free access to US-based customer care and a dedicated identity theft resolution agent who will walk the claimant through the process of fraud resolution from start to finish for seamless service; they will investigate each incident; help with contacting credit grantors to dispute charges and close accounts including credit, debit and medical insurance cards; assist with freezing credit files; contact government agencies; and

      d.     $1 million identity theft insurance: immediately covers certain costs including lost wages, private investigator fees, and unauthorized electronic fund transfers.

      6.     YapStone's ExtendCARE™ offering, included in item (c) above, provides claimants with the same high-level of fraud resolution support even after their ProtectMyID® memberships have expired.  ExtendCARE™ does not expire for claimants who enroll.

      7.     The online, annual price of Experian's ProtectMyID® is $159.95.  This represents a two-month discount off the monthly rate of $15.95.

      8.     The retail version of ProtectMyID® does not include ExtendCARE™. ExtendCARE™ is not offered for sale to individual consumers, but only to companies as part of data incident memberships they provide to affected customers.

      9.     The online price Experian charges a consumer for a credit report is $14.95.

      10.     ProtectMyID®, like the many other "identity theft and credit monitoring" services out there, mitigates consumers' exposure to fraud and assists in restoring identity, credit, and/or financial loss.  Other than the fixed cost of an Experian credit report, the remaining retail value of a ProtectMyID® membership rests on the interdependent relationship between the remaining three components.

      11.     ProtectMyID's® surveillance alerts enable Experian to inform affected consumers

3

1    of potential fraud that has occurred and to confirm the activity as fraudulent.  Not only does this

2    component enable consumers to take independent action to mitigate fraud, it starts the process for

3    the resolution service component.

4    　　　　12.　　Similarly, the $1 million identity theft insurance works in conjunction with these

5    other components to provide assurance that financial losses will be restored via the resolution

6    service component.

7    　　　　13.　　While Experian's resolution service is the only component of ProtectMyID® that

8    requires significant manpower and manual labor, the surveillance and insurance components

9    provide rounded support to the resolution service component.  The interdependence of these three

10   components is such that their estimated retail value cannot be segregated from one another in the

11   way that the credit report component can.

12   　　　　14.　　Nonetheless, the resolution service component is the ultimate backstop and cure to

13   incidences of identity theft and fraud.  Without the expertise, industry relationships, and tireless

14   efforts of the identity theft resolution agents, none of the other components can function

15   effectively to mitigate and restore identity, credit, and/or financial loss.

16   　　　　15.　　Due to its integral role among the other interdependent components of

17   ProtectMyID®, I estimate the retail value of the identity theft resolution component at $145

18   annually, which is the $159.95 annual retail cost of ProtectMyID® less the $14.95 cost of an

19   Experian credit report.

20   　　　　16.　　Further, as ExtendCARE™ continues the availability of the ProtectMyID® identity

21   theft resolution service in perpetuity for claimants beyond the one-year membership, Experian's

22   service maintains a recurring annual value of $145 for each claimant for life.

23   　　　　17.　　Consequently, the individual retail value for each claimant is $159.95 for the one

24   year of ProtectMyID® membership under the settlement, and then $145 each year thereafter.

25   　　　　18.　　Yapstone estimates there are 30,342 potential redemption claimants under the

26   settlement.

27   　　　　19.　　Based on the projected 30,342 redemption claimants under the settlement, the total

28

4

1    value to be offered is approximately $4,853,202.90 in the first year.  Thereafter, the total value

2    offered will be approximately $4,399,590 annually for the lives of the redemption claimants.

3         I declare under penalty of perjury that the foregoing is true and correct, and that this

4    declaration was executed on January 16, 2017, in Boston, Massachusetts.

Robert Siciliano, CSP

DECLARATION OF ROBERT SICILIANO IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL
4:15-CV-04429-JSW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>ATTESTATION OF FILER</u>

Pursuant to L.R. 5-1(i)(3), the undersigned hereby attests that the above signatory concurred in the filing of this declaration.

*/s/ Tina Wolfson*
Tina Wolfson

6

DECLARATION OF ROBERT SICILIANO IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL
4:15-CV-04429-JSW