1
2
3
4

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

5
6
7
8
9

*In re* Yapstone Data Breach

10
11
12
13

Case No. 4:15-CV-04429-JSW

Hon. Jeffrey S. White

**DECLARATION OF BETSY COOPER,**
**IN SUPPORT OF MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS**
**ACTION SETTLEMENT**

14

I, Betsy Cooper, do hereby declare as follows:

15
16
17

1.      I am the Executive Director of the Center for Long-Term Cybersecurity, a non-profit impact and collaboration hub based at the University of California, Berkeley School of Information.  I make this declaration of my own personal knowledge.

18
19
20
21

2.      I submit this declaration in support of Plaintiffs' motion for preliminary approval of class action settlement in the above captioned matter and the designation of the Center for Long-Term Cybersecurity as a *cy pres* recipient.

22
23
24
25
26
27

3.      I have been asked by the attorneys representing the parties in this lawsuit to prepare this declaration to explain why the Center for Long-Term Cybersecurity is an appropriate recipient of certain settlement funds intended for use to support research and projects on information privacy and cybersecurity. For tax purposes, contributions to the Center for Long-Term Cybersecurity, via the UC Berkeley School of Information, are treated as contributions to a 501(c)(3) corporation.

28

4.     The Center for Long-Term Cybersecurity is the world's premier research and collaboration hub dedicated to building secure digital futures.  We build bridges between academic research communities, corporations, and government policy makers/regulators to envision solutions that enable the potential of digital technologies to advance and protect institutions, societies, and individuals.  Our faculty director, Steven Weber, is a leading scholar on the political economy of knowledge intensive industries.  Our affiliated faculty and research grantees include worldwide experts in computer security, such as Vern Paxson and Dawn Song, as well as experts in information privacy and security, such as Deirdre Mulligan and Chris Hoofnagle.

5.     The Center for Long-Term Cybersecurity will use any *cy pres* award in this case to further the underlying goals of the case, directly and indirectly benefiting the class members and similarly situated persons.  Specifically, the Center will use any such award to help advance the rights of consumers to be aware of the risks they face online from cybersecurity threats, and to ensure that consumers have options to mitigate those risks.  As explained below, the Center for Long-Term Cybersecurity has a strong commitment to and record of doing this work.

6.     This declaration will describe my background and experience and the activities of the Center for Long-Term Cybersecurity.

**My Background and Experience**

7.     I am a lawyer licensed to practice law in the State of Massachusetts and in the Ninth Circuit Court of Appeals.  I received my law degree from Yale Law School in 2012.  I was the Executive Bluebook Editor of the *Yale Law Journal*, and served as a Coker fellow teaching constitutional law, a Knight Law and Media Scholar, and an Information Society Project Public Interest Fellow.  I clerked on the Ninth Circuit Court of Appeals for UC Berkeley Law Professor and Judge William Fletcher.  I assisted on three previous Supreme Court cases, including *Judulang v. Holder*, 132 S. Ct. 476 (2011) and *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011).

8.     Prior to coming to UC Berkeley, I worked for the Department of Homeland Security as a policy and legal advisor.  I helped to draft portions of the Department's Quadrennial

2

1   Homeland Security Review and Strategic Plan, and also worked on a number of projects related to

2   homeland security, including information management and cybersecurity.  Prior to law school, I

3   worked for five years as a homeland security consultant, and received a doctoral degree (D. Phil)

4   in Politics from the University of Oxford.

### The Work of the Center for Long-Term Cybersecurity

7       9.      With a generous starting grant from the Hewlett Foundation, the Center for Long-

8   Term Cybersecurity (CLTC) was established in late 2014 as a research and collaboration hub at

9   the University of California, Berkeley.  The Center is focused on creating an effective dialogue

10  among industry, academia, policy, and practitioners, with an aim to foster research programs,

11  technologies, and recommendations about cybersecurity.  CLTC's work is founded on a future-

12  oriented conceptualization of cybersecurity—what it could imply and mean for human beings,

13  machines, and the societies that will depend on both.  CLTC leverages the significant

14  cybersecurity and technology of researchers across UC Berkeley, including from the university's

15  Computer Science program, which ranks #1 in the nation by U.S. News and World Report.  Other

16  affiliated faculty members come from the School of Information, the Law School, the Haas School

17  of Business, and elsewhere across the campus.

18      10.     CLTC is administratively housed at the UC Berkeley School of Information, which

19  is a graduate research and education community committed to expanding access to information

20  and to improving its usability, reliability, and credibility while preserving security and privacy.

21  This requires the insights of scholars from diverse fields — information and computer science,

22  design, social sciences, management, law, and policy.  Roughly 120 graduate students and two

23  dozen faculty members are based on campus, in UC Berkeley's historic South Hall, with another

24  350 students online.  Together they form a multi-disciplinary collective of scholars and

25  practitioners.

26      11.     CLTC focuses its work along three streams of activity: research, education, and

27  engagement.

3

**Research and Faculty Expertise**

12.     In terms of research, CLTC announced in 2016 over $900,000 of research grants to help to 'nudge' society toward both a broader view of what cybersecurity means and a longer term vision of how to approach it.  Our grantees, who are all Berkeley affiliated faculty, students, and staff, investigated important questions about the nature of cybersecurity and improved ways to defend against cyberattacks, such as: How can organizations better detect spear-phishing cyberattacks?; How could neural signals be used for online authentication?; How effective are tactics such as financial account closures and asset seizures in deterring cyber criminals?; What types of defenses could help protect at-risk activists and NGOs from state-level surveillance?; and How can corporations better understand and manage legal liabilities and other risks related to cyber attacks?

13.     CLTC will announce over $1 million in research grants in 2017 on a number of topics designed to help strengthen our cybersecurity landscape.  In this latest round, we asked grantees to focus on six priority areas of research: cyber risk; security implications of the Internet of Things, artificial intelligence, and machine learning; authentication and identification on the Internet; the talent pipeline problem; and new approaches to the cybersecurity regulatory landscape.  We selected these areas in consultation with faculty, students, corporate partners, and civil society, in keeping with our goal of ensuring that our research has an impact on real-world problems.

14.     CLTC's affiliated faculty have tremendous expertise on computer security, technology, and privacy, to support our research efforts.  Our faculty director, Steven Weber, works at the intersection of technology markets, intellectual property regimes, and international politics.  His research, teaching, and advisory work focus on the political economy of knowledge intensive industries, with special attention to health care, information technology, software, and global political economy issues relating to competitiveness.  He is also a frequent contributor to scholarly and public debates on international politics and US foreign policy.  Professor Weber's books include *The Success of Open Source* and most recently *The End of Arrogance: America in*

4

1  *the Global Competition of Ideas* (with Bruce Jentleson) and *Deviant Globalization: Black Market*
2  *Economy in the 21st Century* (with Jesse Goldhammer and Nils Gilman).

3       15.     Professor Weber went to medical school at Stanford, then did his Ph.D. in the
4  political science department also at Stanford.  He served as special consultant to the president of
5  the European Bank for Reconstruction and Development and has held academic fellowships with
6  the Council on Foreign Relations and the Center for Advanced Study in the Behavioral Sciences,
7  and was Director of the Institute of International Studies at UC Berkeley from 2003 to 2009.  One
8  of the world's most expert practitioners of scenario planning, Professor Weber has worked with
9  over a hundred companies and government organizations to develop this discipline as a strategy
10  planning tool.

11       16.     Our more than 20 affiliated faculty, who are also research grantees, also have
12  tremendous expertise on computer security, information technology, and privacy.  For instance,
13  Professor Vern Paxson is Professor of Electrical Engineering and Computer Sciences at the
14  University of California, Berkeley and a Senior Scientist at the International Computer Science
15  Institute in Berkeley, California.  He is the author of the Bro intrusion detection system.  Professor
16  Paxson's key interests are cybercrime, Internet censorship, abusive surveillance, and high-
17  performance security monitoring.  Relevant recent papers include: M. Ikram, N. Vallina-
18  Rodriguez, S. Seneviratne, M. Ali Kaafar, and V. Paxson, *An Analysis of the Privacy and Security*
19  *Risks of Android VPN Permission-enabled Apps*, Proc. ACM IMC (Nov. 2016); and F. Li, Z.
20  Durumeric, J. Czyz, M. Karami, M. Bailey, D. McCoy, S. Savage, and V. Paxson, *You've Got*
21  *Vulnerability: Exploring Effective Vulnerability Notifications*, Proc. USENIX Security
22  Symposium (Aug. 2016).  CLTC has funded Professor Paxson for several projects, including one
23  with fellow Computer Science Professor David Wagner focused on defeating social engineering
24  attacks, and a second studying how to deter financially motivated crimes.

25       17.     Another affiliated faculty member, Professor Dawn Song, is Professor of Electrical
26  Engineering and Computer Sciences at UC Berkeley.  Her research interest lies in security and
27  privacy issues in computer systems and networks, including areas ranging from software security,
28

5

networking security, database security, distributed systems security, to applied cryptography.  She is the recipient of various awards including the MacArthur Fellowship and the Guggenheim Fellowship.  Her papers include research into malicious software, such as D. Babisa, D. Reynaud, and D. Song, "Recognizing malicious software behaviors with tree automata inference," *Formal Methods in System Design*, vol. 40, pp. 1-22, April 2012.  Professor Song received a grant from CLTC to study secure and practical program hardening.

18.     Other affiliated faculty members specialize in information security and privacy. For instance, Professor Deirdre K. Mulligan is an Associate Professor in the School of Information at UC Berkeley, and a faculty Director of the Berkeley Center for Law & Technology, in addition to her affiliation with CLTC.  Mulligan's research explores legal and technical means of protecting values such as privacy, freedom of expression, and fairness in emerging technical systems.  Her book, *Privacy on the Ground: Driving Corporate Behavior in the United States and Europe*, a study of privacy practices in large corporations in five countries, was conducted with UC Berkeley Law Professor Kenneth Bamberger and was recently published by MIT Press.  Other recent publications on privacy and cybersecurity include: Deirdre K. Mulligan, Colin Koopman, & Nick Doty, "Privacy is an essentially contested concept: a multi-dimensional analytic for mapping privacy," Floridi L, Taddeo M (editors), *The Ethical Impact of Data Science*, 374 Phil. Trans. R. Soc. A (2016) (issue 2083); Deirdre K. Mulligan and Kenneth A. Bamberger, "Public Values, Private Infrastructure and the Internet of Things: the Case of Automobiles," 9 J. Law & Econ. Reg. 7 (2016); Deirdre K. Mulligan & Elaine M. Sedenberg, "Public Cybersecurity and Rationalizing Information Sharing," 30 Berkeley Technology Law Journal 1687 (2016); and Deirdre K. Mulligan and Fred B. Schneider, "Doctrine for Cybersecurity," 140 Dædalus 70 (2011).

19.     Professor Mulligan is Chair of the Board of Directors of the Center for Democracy and Technology, a leading advocacy organization protecting global online civil liberties and human rights; a founding member of the standing committee for the AI 100 project, a 100-year effort to study and anticipate how the effects of artificial intelligence will ripple through every

6

aspect of how people work, live and play; and a founding member of the Global Network Initiative, a multi-stakeholder initiative to protect and advance freedom of expression and privacy in the ICT sector, and in particular to resist government efforts to use the ICT sector to engage in censorship and surveillance in violation of international human rights standards.  She is a Commissioner on the Oakland Privacy Advisory Commission. Prior to joining the School of Information, she was a Clinical Professor of Law, founding Director of the Samuelson Law, Technology & Public Policy Clinic, and Director of Clinical Programs at the UC Berkeley School of Law.  CLTC funded Professor Mulligan to study the meaning and practice of cybersecurity, and she is also a founding member of CLTC's faculty advisory group.

20.     Adjunct Professor Chris Jay Hoofnagle teaches computer crime law, internet law, privacy law, and a seminar on the Federal Trade Commission. He is author of *Federal Trade Commission Privacy Law and Policy* (Cambridge University Press 2016).  Hoofnagle has written extensively in the fields of information privacy, the law of unfair and deceptive practices, consumer law, and identity theft.  His recent work includes: *What We Buy When We "Buy Now,"* 165 U. Penn. L. Rev. 317 (2017) (with Aaron Perzanowski), *Free: Accounting for the Costs of the Internet's Most Popular Price*, 61 UCLA L. Rev. 606 (2014) (with Jan Whittington); *Alan Westin's Privacy Homo Economicus*, 49 Wake Forest L. Rev. 261 (2014) (with Jennifer Urban); *Unpacking Privacy's Price*, 90 North Carolina L. Rev. 1327 (2012) (with Jan Whittington); and *Behavioral Advertising: The Offer You Cannot Refuse*, 6 Harvard L. & Policy Rev. 273 (2012). Hoofnagle co-chairs the annual Privacy Law Scholars Conference.  He is an elected member of the American Law Institute, and a member of the San Francisco Electronic Crimes Task Force, Palantir's Council on Privacy and Civil Liberties, and InfraGard.  He is licensed to practice in California and Washington, D.C., and is of counsel to Gunderson Dettmer LLP, a law firm that advises emerging technology companies.  Along with Vern Paxson, Chris has been funded by CLTC to perform a study on how to deter financially motivated crimes.

### Education

21.     CLTC also provides educational activities to support students and the broader

7

public in better understanding cybersecurity.  CLTC recently partnered with the UC Berkeley School of Information and the College of Engineering to announce cybersecurity@berkeley, a new online Master of Information and Cybersecurity (MICS) program to address a growing need for qualified cybersecurity professionals and leaders.  The program is being developed in collaboration with the Center for Long-Term Cybersecurity and the College of Engineering at UC Berkeley.  The MICS program will address both technical and interdisciplinary aspects of cybersecurity including cryptography, secure programming, web security, operating system security, and network security as well as business models, policy and legal frameworks, national security considerations, ethical issues, standards making and the roles of users, government, and industry.

22.     Our Center also hosts regular public educational activities designed to engage the public about cybersecurity.  We invited speakers to highlight different prongs of cybersecurity that require additional long-term focus.  For instance, Carey Nachenberg of Symantec presented an integrated security framework that centralizes the collection of information from a vast network to compile information about cybersecurity threats on a massive scale.  Jonathan Reiber of CLTC similarly emphasized the importance of resilience in preparing for cyber attacks.  Several speakers also emphasized privacy and data security; Joanne McNabb of the California Attorney General's office proposed a new default favoring privacy in online interactions, while Chief Technologist of the Federal Trade Commission, Ashkan Soltani, in a talk cosponsored with Berkeley's Team for Research in Ubiquitous Secure Technology, emphasized the role of the law in protecting consumers from misleading technologies.  Our talks are free and open to the public.

23.     CLTC also sponsors other educational programming.  This year, we co-sponsored a Women in Technology conference to encourage more diversity in the cyber talent pipeline, and hosted regular cyber policy reading groups.  This semester, Chris Hoofnagle and I will be teaching a section of INFO 290, The Future of Cybersecurity Reading Group.  The seminar will focus on future trends in technology, as well as the economy and politics, and how those are affecting cybersecurity policy.  Topics may include encryption, autonomous vehicles, and the ethics of

8

1    artificial intelligence.

2                                    **Engagement**

3        24.    In addition to its more traditional research and education activities, CLTC is also an

4    engagement institution.  We seek to partner with governments, companies, civil society, and the

5    media, to deliver new and innovative ways to address our world's growing cybersecurity

6    challenges.  For instance, we hosted the White House Commission on Enhancing National

7    Cybersecurity's West Coast public hearing, in which a number of experts, including from

8    industry, testified before an audience of 250 to the full White House Commission.  Our Faculty

9    Director Steven Weber also testified before the Commission as to some of the key policy areas

10   that the Commission should consider going forward.  We are continuing to investigate new ways

11   to enable greater public awareness around cybersecurity, including through partnership with major

12   media organizations.

13                                   **Conclusion**

14

15       25.    A *cy pres* award to the Center for Long-Term Cybersecurity would benefit the class

16   or similarly situated persons, and would promote the law consistent with the objectives and

17   purposes of the underlying cause of action in this case.  CLTC would use any such award to

18   protect and advance the rights of consumers to protect themselves from cyber threats through

19   research, educational programming, and societal engagement.  In addition to the information set

20   forth above, extensive background information on CLTC and its activities is available on our web

21   site at cltc.berkeley.edu. I would be more than pleased to provide any additional information

22   directly to the Court if required.

23       I declare under penalty of perjury under the laws of the State of California that the

24   foregoing is true and correct.  Executed this 13th day of January 2017 in Berkeley, CA.

25

26                              By: _____

27                                   Betsy Cooper
                                     Executive Director
28

                                         9
     _____
          DECL. OF BETSY COOPER, ISO MTN FOR PRELIMIN. OF SETTLEMENT
                        CASE NO. 4:15-CV-04429-JSW