UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Yapstone Data Breach | Case No. 4:15-CV-04429-JSW <br><br> Hon. Jeffrey S. White <br><br> **[PROPOSED]** **ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITATION FOR MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |

Upon consideration of Plaintiffs' Unopposed Administrative Motion for Leave to Exceed the Page Limitation in filing their Motion for Final Approval of the Proposed Settlement, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

Plaintiffs' Motion is GRANTED. Plaintiffs' Motion for Preliminary Approval of the Proposed Settlement shall not exceed twenty-four (24) pages.

**IT IS SO ORDERED.**

Dated: May 16, 2017

_____
HON. JEFFREY S. WHITE

- 1 -
[PROPOSED] ORDER GRANTING STIPULATION CONTINUING DEADLINE TO FILE MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT (CASE NO. 4:15-CV-04429-JSW)