1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

*In Re* Yapstone Data Breach

Case No. 4:15-cv-04429-JSW

The Honorable Jeffrey S. White

[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND EXPENSES, AND SERVICE AWARDS**

Date: August 4, 2017
Time: 9:00 A.M.
Place: Courtroom 5, 2nd Floor
1301 Clay Street, Oakland CA 94612

The Court has reviewed the Motion for Award of Attorneys' Fees, Costs, and Expenses, and Service Awards filed by Plaintiffs Jonathan Koles, Christopher Bonnema, Daniel Adams, James Mitchell, and Robert McGuire (collectively, "Plaintiffs"). For reasons stated in Plaintiffs' motion, and good cause appearing, the motion is **GRANTED**. The Court hereby:

(1) Awards Interim Lead Class Counsel attorneys' fees in the amount of $289,237.95, plus reimbursement of $10,762.05 in litigation costs and expenses; and

(2) Awards Plaintiffs service awards in the amount of $2,000 each to compensate them for their commitment on behalf of the class members.

All such attorneys' fees, costs, and service awards are to be paid separately by Defendant YapStone Holdings, Inc., formerly known as YapStone, Inc., in addition to the other settlement benefits provided to the class members.

**IT IS SO ORDERED.**

Dated: August 8, 2017

_____
Honorable Jeffrey S. White
United States District Judge

– 1 –